ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 27 2004

at 4 o'clock and 25 min. P M.
WALTER A. Y. H. CHINN, CLERK

MICHAEL A. GLENN
Attorney at Law #6480
1088 Bishop Street Suite 703
Honolulu, Hawaii 96813
(808) 523-3079

Attorney for Plaintiffs
RELIGION OF JESUS CHURCH, *Et Al.*

LODGED

JUL 26 2004

CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| RELIGION OF JESUS CHURCH, THC MINISTRY, REVEREND ROGER CHRISTIE, REVEREND JAMES D. KIMMEL, TAMMY L. VANBUSKIRK, and JOHN DOE, Plaintiffs, vs. JOHN ASHCROFT, as U.S. Attorney General, KAREN TANDY, as Administrator of the U.S. Drug Enforcement Administration, EDWARD H. KUBO, JR., as U.S. Attorney for the District of Hawaii, Defendants. | Civil No. CV04-00200TSZ **DISMISSAL OF THE COMPLAINT FOR DECLARATORY RELIEF AND FOR PRELIMINARY AND PERMANENT INJUNCTIVE RELIEF FILED MARCH 24, 2004; ORDER** |

**DISMISSAL OF THE COMPLAINT**

**FOR DECLARATORY RELIEF AND FOR PRELIMINARY**

**AND PERMANENT INJUNCTIVE RELIEF FILED MARCH 24, 2004**

Comes now Plaintiffs, by and through their undersigned counsel, and hereby dismiss the Complaint for Declaratory Relief and for Preliminary and Permanent

9

Injunctive Relief filed March 24, 2004. This dismissal is made pursuant to Federal Rules of Civil Procedure Rule 41(a) and Local Rule 41.1.

APPROVED AS TO FORM AND CONTENT:

MICHAEL A. GLENN, ESQ.
Attorney for Plaintiffs

7/26/04
Date

APPROVED AND SO ORDERED:

THOMAS S. ZILLY
UNITED STATES DISTRICT JUDGE

8/23/04